**SO ORDERED.**
**SIGNED this 12th day of May, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    LYNN MARIE BRAY,                      Case No. **3:16-bk-30045-SHB**
                                                                    Chapter 7

    Debtor.

**ORDER AUTHORIZING MICHAEL H. FITZPATRICK, TRUSTEE,**
**TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR**
**OF LIENS WITH LIENS ATTACHING TO PROCEEDS**

This case came before the Court for hearing May 12, 2016, upon the Trustee's Motion to Sell Real Property of the Estate free and clear of any and all lien rights of creditors with any lien rights attaching to the proceeds of the sale concerning the real generally known as 333 Ridgeview Drive, Anderson County, Clinton, TN, (Anderson Deed R17, page 723, parcel 082JC035.00) after service of a copy of the Motion to Sell, contract and this proposed Order together with a notice for hearing pursuant to 11 U.S.C. § 363 and the applicable bankruptcy rules upon all required parties. No objections were filed. The Court is therefore of the opinion that the relief should be granted as requested.

1. That the Trustee is authorized to sell the real property of the debtor generally known as 333 Ridgeview Drive, Anderson County, Clinton, TN, (Anderson Deed R17, page 723, parcel 082JC035.00) to June Ester Hamilton, or her designee, for not less than $75,750.00 pursuant to the terms of the real estate sales agreement appended to the motion which includes a $4,545.00 credit to the buyer for toward closing costs, pre-paids and settlement charges.

2. There is a 6% Realtor's commission totaling $4,545.00 which will be paid at closing.

3. That the sale shall be free and clear of all liens of record. All such liens shall attach to the proceeds of sale in the order and priority that existed on the day the bankruptcy case was filed. The lien of Select Portfolio Servicing, Inc. found in book 1528, page 1831 shall be paid at closing if it has been determined by such date and the Trustee has no objections to such amount. If it has not been determined without an objection of the Trustee, the lien shall attach to the proceeds of sale which shall be held by the Trustee subject to such lien. The lien, however, shall be released upon closing of this sale. At this time it is expected the net sale proceeds will exceed the allowable lien amount.

4. The estate shall be responsible for real estate taxes for all years prior to 2015. The parties will pro rate 2016 real property taxes.

5. The Trustee shall pay the usual and customary closing costs of a seller.

6. The Trustee may pay the debtor's homestead exemption of $5,000.00 and her refrigerator exemption of $50.00 at closing.

7. The Trustee shall file a report of sale within 10 days following sale.

8. The 14-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h) shall not apply and this Order shall be immediately effective as of the date of its entry.

###

APPROVED:

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
BPR 006033
QUIST, CONE & FITZPATRICK, PLLC
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
865-524-1873 ext. 222
mhf@QCFLaw.com